UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | | |
|---|---|---|
| HELEN COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:09-cv-02534-JWL-DJW |
| | ) | |
| HILLCREST DAVIDSON AND | ) | |
| ASSOCIATES, LLC | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, HELEN COX, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED: November 24, 2009         KROHN & MOSS, LTD.

By:___/s/Patirck Cuezze_____
    Patrick Cuezze
    KROHN & MOSS, LTD.
    Attorney for Plaintiff
    10474 Santa Monica Blvd.
    Los Angeles, CA 90025